IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMAR MORGAN | : CIVIL ACTION |
| Plaintiff | : |
| vs. | : |
| CORRECTIONAL OFFICERS GIFFORD, WOOD, STEBBINS, CRAWFORD, UNKNOWN CORRECTIONAL OFFICER #1, DELAWARE COUNTY BOARD OF PRISON INSPECTORS, and COMMUNITY EDUCATION CENTERS | : NO. 13-CV-1252 |
| Defendants | : |

**<u>ORDER</u>**

AND NOW, this    7th    day of October, 2014, upon consideration of the Motion of Defendants Community Education Centers, Delaware County Board of Prison Inspectors and Corrections Officers Gifford, Stebbins and Crawford for Summary Judgment (Doc. No. 39), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows for the reasons set forth in the preceding Memorandum Opinion:

   1.  Summary judgment is entered in favor of Defendants Community Education Centers, Delaware County Board of Prison Inspectors and Corrections Officer Crawford on all of the Plaintiff's claims against them as a matter of law.

   2.  Summary judgment is entered in favor of Corrections Officer Stebbins as to Counts II, IV and V of the Amended Complaint.

3. Summary judgment is entered in favor of Corrections Officer Gifford as to Counts IV and V of the Amended Complaint. In all other respects, the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.